**Order entered September 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00228-CR

**VICENTE RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-18106-U**

## ORDER

We **REINSTATE** the appeal.

By order entered September 17, 2018, the Court abated the appeal for a hearing before the trial court regarding why appellant's brief had not been filed. On September 20, 2018, appellant tendered his brief and filed a motion to extend the time to file the brief.

We **VACATE** our September 13, 2018 order requiring the trial court to conduct a hearing and make findings regarding appellant's brief. We **GRANT** appellant's motion to extend and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE